Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **Case No. 2:12-cv-01210-MCE-AC** |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL; AND ORDER** |
| **Tony Huy Chung, et al.,** | |
| **Defendants.** | |

     **NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses, ***without prejudice,***

defendants Tony Huy Chung and Devin Vi Tran, individually and d/b/a Happy Happy; and Happy

Happy, LLC, an unknown business entity d/b/a Happy Happy.

     This Dismissal is made pursuant to FRCP 41 (a).

Dated: April 5, 2013          */s/  Thomas P. Riley*
                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                          By:  Thomas P. Riley
                          Attorneys for Plaintiff
                          J & J Sports Productions, Inc.

## ORDER

It is hereby ordered that civil action number 2:12-cv-01210-MCE-AC styled *J & J Sports Productions, Inc. v. Tony Huy Chung, et al*., is dismissed ***without prejudice***.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

DATED:  April 12, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE